478 A.2d 87

Swisher et al. v. Martin et al., Appellants.

Argued February 14, 1984. Patrick C. O'Donnell, for appellants; Robert W. Lentz for appellees.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.

478 A.2d 87

Telephonic Accessories, Inc., Appellant, v. Smith.

Argued March 13, 1984. Allen L. Feingold, for appellant; Jerry Zaslow, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.